UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UMAR CLARK,<br><br>  Plaintiff,<br><br>vs.<br><br>NELNET, INC.,<br><br>  Defendant. | CASE NO. 1:25-CV-04575-VMC-RGV |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Nelnet Servicing, LLC, incorrectly identified as "Nelnet, Inc." by and through its counsel, Husch Blackwell LLP, pursuant to Federal Rule of Civil Procedure 7.1 hereby submits this Certificate of Interested Persons and Corporate Disclosure statement:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Plaintiff Umar Clark**

- **Defendant Nelnet Servicing, LLC ("Nelnet") is a wholly owned subsidiary of Nelnet Diversified Solutions, LLC. Nelnet Diversified Solutions, LLC is a wholly owned subsidiary of Nelnet, Inc. Nelnet, Inc. is a publicly traded corporation on the New York Stock Exchange with no parent corporation. Nelnet is not aware of any**

1

**publicly held corporation or any other publicly held entity that owns 10% or more of its stock.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Nelnet is not aware of any other persons, associations, firms, partnerships, or corporations with a financial interest or other interest in this matter.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- **Plaintiff is appearing *pro se* in this matter.**
- **Madeline Leonard Phifer, HUSCH BLACKWELL, LLP, counsel for Nelnet.**

4. [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Not Applicable.**

Dated: September 17, 2025

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Madeline Leonard Phifer*
Madeline E. Leonard Phifer
GA State Bar No. 0383480
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402-2059
Tel: 423-757-5913
Fax: 423-266-5499
Madeline.LeonardPhifer@huschblackwell.com
***Attorneys for Defendant Nelnet Servicing, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all CM/ECF registered users, and I hereby certify that I have e-mailed and mailed by United States Postal Service the document to the following:

Umar Clark
1778 Vicki Lane SE
Atlanta, GA 30316
Umar.clark@yahoo.com
*Pro Se Plaintiff*

*/s/ Madeline Leonard Phifer*
Madeline Leonard Phifer