AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Civil Action No.   1:25-CV-4575 – VMC

SEP 22 2025

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

WEIMER, Clerk
By: Matthew A
Deputy Clerk

This summons for   Nelnet, Inc.
was recieved by me on  8/26/2025:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Megan Janssen**, who is designated by law to accept service of process on behalf of **Nelnet, Inc.** at **121 south 13th street suite 201, lincoln, NE 68508** on **08/27/2025 at 2:07 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 210.00 for services, for a total of $ 210.00.

I declare under penalty of perjury that this information is true.

Date:  08/27/2025

_____
Server's signature

**Champagne Perry**
Printed name and title

2535 C st
Lincoln, NE 68502

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; PRO SE COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, AND CORRECTION OF CREDIT REPORTING VIOLATIONS, to Megan Janssen who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with glasses.




Tracking #: 0183999096

umar clark
1432 Fall River dr
conyers, GA 30013

0012459196000011
Northern district of Ga
75 ted turner dr sw
atlanta, GA 30303

**USPS CERTIFIED MAIL**

9214 8901 4298 0427 3451 98

# See Important Information Enclosed

